IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-2971-JLK**

**ROBERT D. RHODES, on behalf of all others similarly situated,**

    Plaintiff,

v.

**GOLD RESOURCE CORPORATION, et al.,**

    Defendants.

## ORDER OF TRANSFER

Kane, J.

In light of the Notice of Related Case and with the consent of Chief Judge Daniel and the concurrence of Judge R. Brooke Jackson, this case is **TRANSFERRED** to Judge R. Brooke Jackson.

Dated: December 4, 2012

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court