**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-02832-RBJ

SCOTT CANTOR, On Behalf of Himself and All Others Similarly Situated,

    Plaintiff,

v.

GOLD RESOURCE CORPORATION,
WILLIAM W. REID and
JASON D. REID,

    Defendants.

---

Civil Action No. 1:12-cv-02971-RBJ

ROBERT D. RHODES, On Behalf of Himself and All Others Similarly Situated,

    Plaintiff,

v.

GOLD RESOURCE CORPORATION,
WILLIAM W. REID,
JASON D. REID,
DAVID C. REID and
BRADLEY J. BLACKETOR,

    Defendants.

---

**ORDER GRANTING NITESH BANKER'S MOTION FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S
SELECTION OF COUNSEL**

Having considered Nitesh Banker's Motion for Consolidation, Appointment as Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1.       The Motion is GRANTED;

2.       Pursuant to Rule 42(a), the related actions *Cantor v. Gold Resource Corp.*, No. 1:12-cv-02832 and *Rhodes v. Gold Resource Corp.*, No. 1:12-cv-02971 are consolidated for pre-trial purposes as *In re Gold Resource Corp. Sec. Litig.*, Master File No. 1:12-cv-02832 and all future filings shall be made on this docket only;

3.       Pursuant to 15 U.S.C. §78u-4(a)(3)(B), Nitesh Banker is appointed as Lead Plaintiff; and

4.       Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the law firm of Hagens Berman Sobol Shapiro LLP is approved as Lead Counsel for the class.

IT IS SO ORDERED.

DATED: January 28, 2013

_____
THE HON. R. BROOKE JACKSON
UNITED STATES DISTRICT JUDGE

- 1 -

800307_1